**FILED**
AUG 1 9 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | EDCR08-159 VAP |
| Halbert, Christopher Wayne DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for _8/20/08_, at _10:00_ ☒ a.m. / ☐ p.m. before the Honorable _Robert N Block_, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _8/19/08_

_/s/ Robert N. Block_
**ROBERT N. BLOCK**
U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)   ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT   Page 1 of 1