1   THOMAS P. O'BRIEN
    United States Attorney
2   SHERI PYM
    Assistant United States Attorney
3   Chief, Riverside Branch Office       O
    JERRY A. BEHNKE (SBN: 180462)
4   Assistant United States Attorney
         3880 Lemon Street, Suite 210
5        Riverside, California 92501
         Telephone: (951) 276-6211
6        Facsimile: (951) 276-6202
         E-mail: Jerry.Behnke@usdoj.gov
7
    Attorneys for Plaintiff
8   UNITED STATES OF AMERICA

9                 UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,   )   ED CR No. 08-159-VAP
                                )
12              Plaintiff,      )   ORDER CONTINUING  TRIAL DATE AND
                                )   FINDINGS REGARDING EXCLUDABLE
13              v.              )   TIME PERIODS PURSUANT TO SPEEDY
                                )   TRIAL ACT
14  CHRISTOPHER HALBERT,        )
                                )   **CURRENT TRIAL DATE: 10/14/08**
15              Defendant.      )   **PROPOSED TRIAL DATE: 2/10/09**
                                )
16  _____ )

17

18      The Court has read and considered the Stipulation Regarding

19  Request for (1) Continuance of Trial Date and (2) Findings of

20  Excludable Time Periods Pursuant to Speedy Trial Act, filed by

21  the parties in this matter on October 1, 2008.  The Court hereby

22  finds that the Stipulation, which this Court incorporates by

23  reference into this Order, demonstrates facts that support a

24  continuance of the trial date in this matter, and provides good

25  cause for a finding of excludable time pursuant to the Speedy

26  Trial Act, 18 U.S.C. § 3161.

27      The Court further finds that: (I) the ends of justice served

28  by the continuance outweigh the best interest of the public and

    defendant in a speedy trial; (ii) failure to grant the

1  continuance would be likely to make a continuation of the
2  proceeding impossible, or result in a miscarriage of justice; and
3  (iii) failure to grant the continuance would unreasonably deny
4  defendant continuity of counsel and would deny defense counsel
5  the reasonable time necessary for effective preparation, taking
6  into account the exercise of due diligence.

7  THEREFORE, FOR GOOD CAUSE SHOWN:

8      1.   The trial in this matter is continued from October 14,
9  2008 to February 10, 2009.  The pre-trial conference is continued
10  to February 2, 2009 at 9:00 a.m.

11      2.   The time period of October 14, 2008 to February 10,
12  2009, inclusive, is excluded in computing the time within which
13  the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(8)(A),
14  (h)(8)(B)(I), and (B)(iv).

15      3.   Nothing in this Order shall preclude a finding that
16  other provisions of the Speedy Trial Act dictate that additional
17  time periods are excluded from the period within which trial must
18  commence.  Moreover, the same provisions and/or other provisions
19  of the Speedy Trial Act may in the future authorize the exclusion
20  of additional time periods from the period within which trial
21  must commence.

22      IT IS SO ORDERED.

23

24   October 1, 2008
    DATE                              THE HONORABLE VIRGINIA A. PHILLIPS
25                                    UNITED STATES DISTRICT JUDGE

26

27  Presented by:
     /s/
28  JERRY A. BEHNKE
    Assistant United States Attorney

                                    2