UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER HALBERT,          )          Case No. EDCV 12-1671VAP
                             )                 **EDCR 08-00159 VAP**
                Petitioner,   )
                             )          **JUDGMENT**
     v.                      )
                             )
UNITED STATES,               )
                             )
                Respondent.   )
_____)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Pursuant to the Order filed herewith, IT IS ORDERED
AND ADJUDGED that this action is DISMISSED WITH
PREJUDICE.  The Court orders that such judgment be
entered.


Dated: May 21, 2013        _____
                                VIRGINIA A. PHILLIPS
                             United States District Judge